IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEAN KERKOVE                                                                                    PLAINTIFF

VS.                                                                     CIVIL ACTION NO.  4:18-CV-227-SA-JMV

NATIONAL RAILROAD PASSENGER
CORPORATION, CANADIAN NATIONAL
RAILWAY COMPANY, ILLINOIS CENTRAL
RAILROAD COMPANY, MACKER MONTGOMERY,
and ARNOLD TRANSPORTATION, LLC.                                                DEFENDANTS

AGREED ORDER OF DISMISSAL

The allegations of the Complaint filed herein by Plaintiff as they pertain to the Defendants, John Sherman Asa Bennett and Lydia Bennett, together with the civil actions stated therein and the demands made, or which might have been made for relief therein by the Plaintiff against the Bennett Defendants, shall be, and the same hereby are, dismissed with full prejudice.  The terms and conditions of a confidential settlement agreement by and between the Plaintiff and the Bennett Defendants have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED that the Bennett Defendants be dismissed from this action.  This dismissal shall have no effect on Plaintiff's claims against any other Defendants.

This the 15th day of January, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ John T. Lamar, III
Attorney for Plaintiff

/s/ Arnold U. Luciano
Attorney for Defendants, John Sherman Asa Bennett
and Lydia Bennett, his wife