IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEAN KERKOVE                                                                                          PLAINTIFF

V.                                                         CIVIL ACTION NO. 4:18-CV-227-SA-JMV

MACKER MONTGOMERY and
ARNOLD TRANSPORTATION, LLC                                                              DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court was advised that this action was settled or is in the process of being settled. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *without prejudice*. The Court retains complete jurisdiction to vacate this order and reopen the action upon cause shown that the settlement has not been completed and further litigation is necessary.

This the 17th day of December, 2019.

                                                           /s/ Sharion Aycock
                                                         UNITED STATES DISTRICT JUDGE